**Order entered April 19, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00113-CV

### ALLEGHENY MILLWORK, INC., Appellant

### V.

### JEFF HONEYCUTT D/B/A NOAH QUALITY SERVICES, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03386-2018**

## ORDER

On April 12, 2021, appellant filed a motion for an extension of time to file its brief. We notified appellant that because the reporter's record had not been filed, appellant's brief was not yet due; we noted, however, that the court reporter informed the Court that appellant had not paid or made arrangements to pay for the reporter's record. We directed appellant to inform the Court of the status of payment by April 26. Appellant responded two days later, notifying us that payment had been made. In light of this, we **DENY** the motion as moot.

We **ORDER** court reporter Karla Kimbrell to file the reporter's record by **May 10, 2021**.


/s/    CRAIG SMITH
       JUSTICE